UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPHER MEDIA, LLC (formerly known as Local Clicks) dba Doctor Multimedia, a Nevada Limited Liability Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>PHILLIP SPAIN, an individual; STEPHEN MARINKOVICH, an individual,<br><br>   Defendants. | Case No.:  3:19-cv-02280-CAB-KSC<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR RECONSIDERATION [Doc. No. 42]** |

Before the Court is plaintiff Gopher Media LLC's ("plaintiff" or "Gopher Media") *ex parte* Motion for Reconsideration and/or Clarification of the Court's August 27, 2020 Order (the "Motion" or "Mot."). Doc. No. 42. Defendants oppose the Motion (the "Opposition" or "Opp.") Doc. No. 44. For the reasons set forth below, the Court DENIES the Motion.

On August 27, 2020, the Court issued an order resolving several disputes regarding the production of ESI in this Action (the "ESI Order"). Doc. No. 36. In the Motion, plaintiff objects to the provision in the ESI Order requiring Gopher Media's CEO, Ajay

Thakore, to produce his electronic devices for forensic examination (*see* Doc. No. 36 at 8) and requests that the Court "delete" this portion of the ESI Order.  Doc. No. 42 at 2.  The Court declines to do so.

As noted, Mr. Thakore is the CEO of Gopher Media.  He is clearly knowledgeable about the facts underlying plaintiff's allegations.  As the Court referenced in its ESI Order, defendants have asserted various affirmative defenses relating to Mr. Thakore's actions on behalf of Gopher Media.  Doc. No. 36 at 2, 7-8.  The Court therefore determined in the exercise of its discretion that a forensic examination of Mr. Thakore's electronic devices was necessary to ensure a fair resolution of the issues.  *See*, *e.g.*, *Hallett v. Morgan*, 296 F.3d 732, 751 (9th Cir. 2002) (recognizing the Court's "broad discretion" to "permit or deny discovery"); *Amarel v. Connell*, 102 F.3d 1494, 1515 (9th Cir. 1996) ("[A] district court is vested with 'broad discretion to make discovery … rulings conducive to the conduct of a fair and orderly trial.'") (citation omitted).  Plaintiff's Motion does not provide any reason to depart from that determination.  Accordingly, plaintiff's Motion is DENIED.

## ORDER

For the reasons set forth above, the Court hereby ORDERS as follows:

1. Plaintiff's *Ex Parte* Motion for Reconsideration [Doc. No. 42] is DENIED.
2. Plaintiff shall produce any cell phones, laptops, tablets, and memory storage devices in use by Gopher Media's CEO, Ajay Thakore, from January 1, 2018 to the present for forensic examination in accordance with the parties' Forensic Examination Protocol **within 5 business days of the date of this Order**.

**IT IS SO ORDERED.**

Dated:  September 25, 2020

Hon. Karen S. Crawford
United States Magistrate Judge